Opinion issued October 11, 2002 










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00261-CR

____________


JUAN LOPEZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 339th District Court

Harris County, Texas

Trial Court Cause No. 896469






MEMORANDUM OPINION

 Appellant filed a pro se motion to dismiss the appeal. The motion is in
writing, signed by appellant, and is therefore sufficient. See Tex. R. App. P. 42.2(a). 
Appellant's brief is presently due from his court-appointed counsel, Layton Duer, on
October 28, 2002.

 If appellant or his counsel desires to file a motion for rehearing, it is due 15
days from the date of this opinion. An extension of time to file motion for rehearing
may be filed no later than 15 days after the last date for filing a motion for rehearing. 
See Tex. R. App. P. 49.1, 49.8. Otherwise, this Court's mandate will issue.

 The appeal is dismissed.

 All pending motions are denied as moot.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.